IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kevin M. Taylor,<br>　　　　Defendant. | Report No.:00112-2012-MPC055<br>Criminal No.:<br>Date:<br><br>**Information**<br>Violation: Title 18 U.S.C. §13,<br>incorporating K.S.A. 8-262 |

The United States Attorney charges that:

12-MJ-70038

## COUNT I

On or about March 3, 2012 at Fort Leavenworth, Kansas, which is within the special maritime and territorial jurisdiction of the United States and the District of Kansas, Defendant,

KEVIN M. TAYLOR,

did operate a motor vehicle while his driver's license was suspended/revoked, in violation of Title 18, United States Code, Section 13, incorporating K.S.A. 8-262. (Class A Misdemeanor.)

Attached to this information is the Military Police Report as probable cause

　　　　　　　　　　　　　　　　　BARRY R. GRISSOM
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　COURTNEY R. PRATTEN
　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

The court has reviewed the above information and the documentation attached thereto and finds from them that probable cause has been shown to permit the filing of the information.

Filed _____

_____
U.S. Magistrate Judge